UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS L. L. C. | CIV. ACTION NO. 3:20-0716 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SKANDA GROUP INDUSTRIES L. L. C., ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendants' motion to dismiss for lack of personal jurisdiction, improper venue, or in the alternative, to transfer venue [doc. # 27] is GRANTED IN PART AND DENIED IN PART. To the extent that Defendants move to dismiss Plaintiff's breach of contract claim against Defendant, Nagendra Karri, the motion is GRANTED, and the claim is DISMISSED, without prejudice. The motion is otherwise DENIED.

MONROE, LOUISIANA, this 13th day of May, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE